UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JONATHAN BELLOWS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 1:19-cv-00077-TWP-DLP |
| DECATUR COUNTY SHERIFF'S DEPARTMENT, | ) ) ) ) | |
| Defendant. | ) | |

**Entry Screening Complaint**

The plaintiff has paid the filing fee and is represented by counsel. Although the events alleged in the complaint took place in Decatur County Jail, the plaintiff does not appear to be incarcerated at this time. This is relevant because if he is a "prisoner" as defined by 28 U.S.C. § 1915A(c), this Court has an obligation under 28 U.S.C. § 1915A(b) to screen his complaint. Pursuant to 28 U.S.C. § 1915A(b), the Court must dismiss the complaint if it is frivolous or malicious, fails to state a claim for relief, or seeks monetary relief against a defendant who is immune from such relief.

In any event, this Court has the inherent authority to screen the complaint on its own. *See Mallard v. U.S. Dist. Ct.*, 490 U.S. 296, 307-08 (1989) (in forma pauperis statute "authorizes courts to dismiss a 'frivolous or malicious' action, but there is little doubt they would have power to do so even in the absence of this statutory provision."); *Rowe v. Shake*, 196 F.3d 778, 783 (7th Cir. 1999) ("[D]istrict courts have the power to screen complaints filed by all litigants, prisoners and non-prisoners alike, regardless of fee status."). This step shall be taken in this case.

The Court has screened the complaint which **shall proceed** as presented.

**IT IS SO ORDERED.**

Date: 2/4/2019

TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Scott Leroy Barnhart
ATTORNEY AT LAW
barnhart@kbindy.com

Aimee Rivera Cole
TRAVELERS STAFF COUNSEL OFFICE (Indianapolis)
arcole@travelers.com

Brooke Smith
KEFFER BARNHART LLP
Smith@KBindy.com

Jack A. Tandy
TANDY LAW, LLC
jack@jacktandylaw.com